IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BERNARD RAY RICHARDSON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00699 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| J.D. WEBB, | ) | United States District Judge |
|     Defendant. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Richardson's motion to amend (Docket No. 3) is DENIED as futile, his motion for a preliminary injunction (Docket No. 1) is DENIED, his complaint is DISMISSED without prejudice pursuant to 28 U.S.C. §1915(g), and this case is STRICKEN from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: February 3, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge